NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000050
15-SEP-2011
09:04 AM**

NO. CAAP-11-0000050

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KOSHIRO KITAZATO, Individually and as President of
SOCIETY TO PROTECT DIAMOND HAWAII, a Japan unincorporated
association; YOSHIKIMI KOMODA, Individually and as Vice-President
of SOCIETY TO PROTECT DIAMOND HAWAII, a Japan unincorporated
association; et al.; Plaintiffs-Appellants,

v.

BLACK DIAMOND HOSPITALITY INVESTMENTS, LLC, a Hawaii
limited liability company; DIAMOND SOCIETY COMPANY, LTD.,
a Japanese corporation; et al.; Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 08-1-0746(1))

ORDER GRANTING STIPULATION TO
PARTIALLY DISMISS THE APPEALS BETWEEN
PLAINTIFFS-APPELLANTS KOSHIRO KITAZATO, ET AL. AND
DEFENDANTS-APPELLEES JOE G. LEONI AND JOSEPH M. TOY
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the Stipulation to Partially

Dismiss Appeal as it relates to Plaintiffs-Appellants and

Defendants-Appellees Joe G. Leoni and Joseph M. Toy, the papers

in support, and the records and files herein, it appears that:

(1) Plaintiffs-Appellants and Defendants-Appellees Joe G. Leoni

and Joseph M. Toy are stipulating to dismiss Plaintiffs-Appellants' appeal as it relates to Defendants-Appellees Joe G. Leoni and Joseph M. Toy with the parties to bear their own attorney's fees and costs; and (2) no other party filed an objection to this stipulation. Therefore,

IT IS HEREBY ORDERED that the stipulation to partially dismiss the appeal as it relates to Plaintiffs-Appellants and Defendants-Appellees Joe G. Leoni and Joseph M. Toy is approved. The parties to the stipulation shall bear their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, September 15, 2011.

Chief Judge

Associate Judge

Associate Judge